IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLOYD COLEMAN, #239647, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:21-CV-775-WHA-JTA |
| PATRICE RICHIE JONES, | ) |
| Defendant. | ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed February 10, 2022 (Doc. 8), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 9th day of March, 2022.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE